ROBERT C. BLACK et al., Respondents, *v.* HENRY McALEENAN
et al., Appellants.

(Argued June 19, 1894; decided June 22, 1894.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made May 11, 1894,
which reversed an order of Special Term directing plaintiffs
to furnish a further bill of particulars.

*George Carlton Comstock* for appellants.

*Joseph Fettretch* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

_____

In the Matter of the Application of the HIGHWAY COMMIS-
SIONERS OF THE TOWN OF BROOKHAVEN for an Order
Requiring the LONG ISLAND RAILROAD COMPANY to Station
Flagman at Street Crossings in Patchogue.

(Argued June 19, 1894; decided June 22, 1894.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, made December 1,
1893, which affirmed an order of the County Court of Suf-
folk county granting the application of the petitioners.

*William J. Kelly* for appellant.

*Timothy M. Griffing* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.